UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIE DACOSTA,<br><br>Plaintiff,<br><br>– against –<br><br>DETECTIVE FORTUNATO TRANCHINA,<br>Shield #509, individually and in his official capacity<br><br>Defendants. | **ORDER**<br><br>15-CV-5174 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 1 8 2017 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge**

The court has Defendants' motion for reconsideration of the November 8, 2017 Order (ECF No. 84), which granted Plaintiff leave to amend his complaint and held that the amendment relates back to the filing of the original complaint. The court sets this motion down for a hearing on January 8, 2018.

At the January 8, 2018 hearing, the parties should be prepared to discuss, in addition to the motion for reconsideration, whether the court should certify for an interlocutory appeal the November 8, 2017 Order (ECF No. 84) and the December 12, 2017 Order (ECF No. 92). *Cf.* 28 U.S.C. § 1292. The Plaintiff and Detective Defendant shall attend the hearing.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: December 14, 2017
Brooklyn, New York

