

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

KAVIN THADANI
*Senior Counsel*
Phone: (212) 356-2351
Fax: (212) 356-3509
kthadani@law.nyc.gov

January 11, 2018

**VIA ECF**
Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    *DaCosta v. Tranchina*, 1:15-cv-05174-JBW-RLM

Your Honor:

    I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant Fortunato Tranchina ("Tranchina") in the above-referenced matter.  Defendant Tranchina writes to respectfully inform the Court that he is filing a Notice of Appeal with respect to the Court's December 12, 2017 Memorandum and Order concerning summary judgment today to preserve his rights as the deadline to file such a notice expires today.

    Thank you for your consideration in this regard.

                                    Respectfully,

                                    /s/ Kavin Thadani

                                  Kavin Thadani
                                  Senior Counsel
                                  Special Federal Litigation

cc:    **VIA ECF**
        Kim Richman, Esq.
        Clark Binkley, Esq.
        *Attorneys for Plaintiff*